

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00117-CR

ALONSO ANTONIO MACIAS                                              APPELLANT

V.

THE STATE OF TEXAS                                                        STATE

------------

FROM THE 372ND DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant Alonso Antonio Macias attempts to appeal from the trial court's judgment convicting him of possession of a controlled substance of less than one gram (cocaine) and sentencing him to 150 days' confinement in the Tarrant County jail pursuant to a plea agreement. The trial court's certification of his right to appeal states that this "is a plea-bargain case, and the defendant has NO right of appeal."

---

[1]*See* Tex. R. App. P. 47.4.

On March 27, 2013, this court notified appellant about the statement on the trial court's certification and informed him that unless he or any party desiring to continue the appeal filed with the court, on or before April 5, 2013, a response showing grounds for continuing the appeal, the appeal may be dismissed. *See* Tex. R. App. P. 25.2(d), 44.3. We have received no response. Therefore, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

BOB MCCOY
JUSTICE

PANEL: MCCOY, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: May 16, 2013